# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DISTRICT

| | |
|---|---|
| GREGG OWEN, ) | |
| ) | |
| Petitioner ) | |
| ) | No. 07 C 6027 |
| v. ) | Judge Gettleman |
| ) | |
| TARGET MEDIA PARTNERS ) | |
| OPERATING COMPANY, ) | |
| ) | |
| Respondent. ) | |

## PETITIONER'S MOTION FOR ENTRY OF FINAL JUDGMENT

Petitioner Gregg Owen ("Owen"), through his attorneys, Edward T. Joyce & Associates, P.C., respectfully moves for entry of final judgment pursuant to 9 U.S.C. §§9 and 13 and Rule 58. In support of this motion, Owen states as follows:

1. On October 24, 2007, Owen filed his Petition for Confirmation of Final Arbitration Award ("Petition"). (A copy of Owen's Petition is attached hereto as Exhibit A.)

2. On December 13, 2007, this Court entered a minute entry affirming the arbitration award. (See Exhibit B.)

3. Pursuant to the Federal Arbitration Act and the parties' arbitration agreement, Owen is entitled to receive a judgment that has the same force and effect as a judgment entered in an action originally filed before the court. 9 U.S.C. §§ 9 and 13 and Ex. A at ¶ 6.

4. Although this Court entered a minute entry, it has not yet entered a judgment.

5. Rule 58 requires that every judgment "be set out in a separate document." F.R.C.P. 58.

6. In addition, the Federal Arbitration Act provides that "the judgment [entered upon confirmation of an arbitration award] shall be docketed as if it was rendered in an action." 9 U.S.C. § 13.

7. Thus, pursuant to Rule 58 and 9 U.S.C. § 13, Owen respectfully requests that this Court enter a judgment consistent with the findings set forth in the arbitration awards that were confirmed on December 13, 2007. Copies of the arbitration awards are attached to Owen's Petition (Exhibit A hereto) as Exhibits 3 and 6 to Owen's declaration in support of his Petition. For the Court's convenience, Owen has attached hereto a proposed form of judgment as Exhibit C.

Dated: May 7, 2008

Respectfully submitted,
GREGG OWEN

By: ___/s/ Robert D. Carroll_____
One of his attorneys.

Edward T. Joyce
Robert D. Carroll
**EDWARD T. JOYCE & ASSOCIATES, P.C.**
11 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Attorney I.D.: 32513
Phone: (312) 641-2600
Fax: (312) 641-0360